## MOORE *vs*. ASBURY, executor.

A sound discretion is vested in the judges of the superior court to grant or refuse new trials, on the ground that the verdict is contrary to law and evidence, and where there is evidence sufficient to sustain a verdict, and the judge refuses to grant a new trial, this court will not interfere.   Code, §3717.

Judgment affirmed.

February 19, 1884.

BLANDFORD, Justice.

## CUNNINGHAM *vs*. WASSON.

The first grant of a new trial will not be reversed, unless the verdict is demanded by the law and facts.

Judgment affirmed.

February 19, 1884.

JACKSON, Chief Justice.